IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEITH MCDONALD                                                              PLAINTIFF

v.                          No. 4:21-cv-243-DPM

UNUM LIFE INSURANCE COMPANY
OF AMERICA and ENTERGY SERVICES,
INC.                                                                        DEFENDANTS

## JUDGMENT

McDonald's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2021